**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **TAMARIUS A. ROGERS,**  Plaintiff,  v.  **WERNER ENTERPRISES, INC., ACE AMERICAN INSURANCE COMPANY, and DONALD E. HARDY,**  Defendants. | **CIVIL ACTION FILE NO.**  Fulton County State Court Civil Action File No. 18EV001529 |

## DEFENDANT WERNER ENTERPRISES, INC.'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division:

COMES NOW, Werner Enterprises, Inc. (hereinafter "Defendant"), and files the following Notice of Removal to United States District Court, showing the Court as follows:

1. This civil action was filed on or about April 5, 2018 in the State Court of Fulton County, State of Georgia. That action is designated there as Civil Action File No.: 18EV001529. This Defendant was served on or about April 9, 2018, which

is the first time Defendant had notice of the suit. This notice of removal is timely filed.

2. Defendant files herewith a copy of all process, pleadings, and orders received by Defendant in Civil Action File No.: 18EV001529, pursuant to 28 USC §1446.

3. Defendant Werner, is now, was at the commencement of Civil Action File No.:18EV001529, and at all times since has been an entity organized and existing under the laws of the State of Nebraska.

4. Defendant Werner's Principal Office at the time of filing of Civil Action File No.: 18EV001529, and at all times since has been located in Omaha, NE.

5. Defendant Donald E. Hardy was at the commencement of Civil Action File No.: 18EV001529, and at all times since has been a citizen and resident of the State of Alabama. (Compl. ¶ 4).

6. Defendant Ace American Insurance Company, while an improper party hereto, is now, was at the commencement of Civil Action File No.:18EV001529, and at all times since has been an entity organized and existing under the laws of the State of Pennsylvania, with its principle place of business in Pennsylvania.

7. Upon information and belief, Plaintiff is an individual residing in the State of Georgia. (Compl. ¶ 1).

8. The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendant pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among the Parties, the Parties are not residents of the same State, and Plaintiff has alleged an amount in excess of $75,000.00, therefore the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

   a. Prior to filing suit Plaintiff demanded $425,940.00 and alleged $160,940.88 in special damages alone. A true and correct copy of that demand letter is attached as Exhibit "C".

9. Defendants attach hereto a copy of the Summons and Complaint in State Court of Fulton County, State of Georgia, marked as Exhibit "A".

10. Defendants attach hereto a copy of Defendants' Notice of Removal which has been sent for filing in the in State Court of Fulton County, State of Georgia, marked as Exhibit "B".

11. All Defendants agree to this removal.

WHEREFORE the Defendants pray that the above action now pending against them in the State Court of Fulton County, State of Georgia, be removed to this Court.

Respectfully submitted this 8<u>th</u> day of May, 2018.

        **HALL BOOTH SMITH, P.C.**

        */s/ Sean B. Cox*
        SCOTT H. MOULTON
        Georgia State Bar No. 974237
        SEAN B. COX
        Georgia State Bar No. 664108
        ABIGAIL C. CASTLEBERRY
        Georgia State Bar No. 696335
        *Attorneys for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
scox@hallboothsmith.com
acastleberry@hallboothsmith.com

**DEFENDANT DEMANDS
TRIAL BY JURY**

-5-

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TAMARIUS A. ROGERS, <br><br> Plaintiff, <br><br> v. <br><br> WERNER ENTERPRISES, INC., ACE AMERICAN INSURANCE COMPANY, and DONALD E. HARDY, <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br><br> Fulton County State Court <br> Civil Action File No. <br> 18EV001529 |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT WERNER ENTERPRISES, INC.'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record and/or filing said document electronically which will automatically send electronic notification to the following:

        Michael L. Goldberg, Esq.
        Eric J.D. Rogers, Esq.
        Parker M. Green, Esq.
        Fried Rogers Goldberg LLC
        3550 Lenox Road, NE
        Suite 1500
        Atlanta, Georgia 30326

Respectfully submitted this  8th  day of May, 2018.

        **HALL BOOTH SMITH, P.C.**

        */s/ Sean B. Cox*
        SCOTT H. MOULTON
        Georgia State Bar No. 974237
        SEAN B. COX
        Georgia State Bar No. 664108
        ABIGAIL C. CASTLEBERRY
        Georgia State Bar No. 696335
        *Attorneys for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
scox@hallboothsmith.com
acastleberry@hallboothsmith.com

**DEFENDANT DEMANDS
TRIAL BY JURY**